IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| PROVISUR TECHNOLOGIES, INC., ) | |
| ) | Civil Action No. 5:19-CV-06021 |
| Plaintiff, ) | |
| ) | Hon. Judge Stephen R. Bough |
| v. ) | |
| ) | |
| WEBER, INC., TEXTOR, INC., WEBER ) | |
| MASCHINENBAU GMBH BREIDENBACH, ) | |
| WEBER MASCHINENBAU GMBH ) | |
| NEURANDENBURG and TEXTOR ) | |
| MASCHINENBAU GMBH, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Timothy J. Barron and Carla J. Baumel of Jenner & Block LLP respectfully move pursuant to Local Rule 83.2 to withdraw as counsel of record for Plaintiff Provisur Technologies, Inc. Craig Martin, Sara Horton, Michael Babbitt, and Ren-How Harn recently departed Jenner & Block LLP and joined Willkie Farr & Gallagher LLP. Representation of this matter has been transferred to Willkie Farr & Gallagher LLP.

Plaintiff has consented to Mr. Barron's and Ms. Baumel's withdrawal. Further, good cause exists for granting this motion because Mr. Martin, Ms. Horton, Mr. Harn, and Mr. Babbitt of Willkie Farr & Gallagher LLP and Jeffrey Simon of Husch Blackwell LLP will continue to serve as counsel for Plaintiff. *See* L.R. 83.2.

Dated: April 20, 2020	Respectfully submitted,

JENNER & BLOCK

*/s/ Carla J. Baumel*
Carla J. Baumel (admitted Pro Hac Vice)
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 840-7382
Email:   cbaumel@jenner.com

*/s/ Timothy J. Barron*
Timothy J. Barron (admitted Pro Hac Vice)
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 923-8309
Email:   tbarron@jenner.com

WILLKIE FARR & GALLAGHER LLP

*/s/ Craig C. Martin*
Craig C. Martin
Sara T. Horton
Michael G. Babbitt
Ren-How H. Harn
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 728-9000
Fax: (312) 728-9199
Email:  CMartin@willkie.com
        SHorton@willkie.com
        MBabbitt@willkie.com
        RHarn@willkie.com

*Attorneys for Plaintiff*
*Provisur Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 20, 2020, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Timothy J. Barron*
Attorney for Plaintiff