**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| PROVISUR TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-cv-06021-SRB |
| v. | ) | Case No. 20-CV-6069-SRB |
| | ) | |
| WEBER, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On March 22, 2022, the Court presided over a discovery dispute conference with the parties in the above-referenced cases. For the reasons stated during the telephone conference, it is hereby ORDERED that:

(1) documents involving Defendants' German patent agents, including documents related to the Patent Management Group ("PMG"), are not protected by the attorney-client privilege. If an otherwise discoverable document does not include the name of an attorney, that document must be produced by Defendants. To be discoverable, any such document must pertain to one of the United States patent(s) at issue and related European patent(s);

(2) the individuals relating to Defendants' PMG and finances may be deposed again. The depositions shall occur under the following conditions:

(a) each deposition shall be taken in the undersigned's jury room, at the United States Courthouse in Kansas City, Missouri;

(b) the entirety of each deposition shall be deemed confidential;

(c) other than an objection for attorney-client privilege, all other objections are deemed waived. However, objections other than attorney-client privilege may be asserted at a later date; and

(d) each deposition is limited to seven (7) hours for each side.

The parties may consult the transcript for further details and/or clarification.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: March 22, 2022