UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| PROVISUR TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> WEBER, INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 5:19-cv-06021-SRB |

## MOTION FOR LEAVE TO FILE UNDER SEAL AND SUGGESTIONS IN SUPPORT

Defendants Weber, Inc., Textor, Inc., Weber Maschinenbau GmbH Breidenbach, Weber Maschinenbau GmbH Neubrandenburg, and Textor Maschinenbau GmbH (collectively, "Defendants"), by and through their counsel, and pursuant to the Protective Orders entered by the Court in Civil Action Nos. 5:19-cv-06021 and 5:20-cv-06069 that contemplate use of Confidential Information in litigation, respectfully request that this Court grant Defendants leave to file under seal *Defendants' Suggestions in Support of Their Motion to Exclude the Improper Expert Opinions of White and McGuire* and corresponding exhibits.

This Court entered the Protective Order which permits the parties to file documents marked as "Confidential" under seal when redaction is inadequate or impractical. Redacting *Defendants' Suggestions in Support of Their Motion to Exclude the Improper Expert Opinions of White and McGuire* and corresponding exhibits (previously designated CONFIDENTIAL) is impractical as most of the brief and exhibits would have to be redacted and inadequate because the entirety of the brief and exhibits contain confidential information.

WHEREFORE, Defendants respectfully request leave from this Court to file under seal *Defendants' Suggestions in Support of Their Motion to Exclude the Improper Expert Opinions of*

*White and McGuire* and corresponding exhibits per the Court's Orders and for such other further relief as this Court deems equitable and just.

Dated: May 6, 2022

                                    Respectfully submitted,

                                    **LEVY CRAIG LAW FIRM**
                                    A PROFESSIONAL CORPORATION

                                  By    */s/ Jason S. Leiker*
                                      Jason S. Leiker    MO #53973
                                      Levy Craig Law Firm
                                      A Professional Corporation
                                      4520 Main Street, Suite 1600
                                      Kansas City, Missouri 64111
                                      816.460.1835
                                      Fax: 816.382.6606
                                      jleiker@levycraig.com

                                      And

                                      Daniel E. Yonan
                                      Donald R. Banowit
                                      Kyle E. Conklin
                                      Deirdre M. Wells
                                      Daniel S. Block
                                      STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
                                      1100 New York Avenue
                                      Washington, D.C. 20005
                                      Tel: (202) 371-2600
                                      Fax: (202) 371-2540
                                      dyonan@sternekessler.com
                                      dbanowit@sternekessler.com
                                      kconklin@sternekessler.com
                                      dwells@sternekessler.com
                                      dblock@sternekessler.com
                                      *Pro Hac Vice*
                                *Attorneys for all Defendants*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on this 6th day of May, 2022.

                                           */s/ Jason S. Leiker*
                                           *Attorney for all Defendants*