UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

PROVISUR TECHNOLOGIES, INC.,
*Plaintiff*,

v.

WEBER, INC., et al.
*Defendants*.

Civil Action No. 5:19-cv-06021-SRB
Civil Action No. 5:20-cv-06069-SRB

**ORAL ARGUMENT REQUESTED**

# DEFENDANTS' MOTION TO EXCLUDE
# THE IMPROPER EXPERT OPINIONS OF WHITE AND MCGUIRE

Provisur offers two purported expert witnesses to testify about alleged willful infringement, Mr. John White and Ms. Mary Rose McGuire. As discussed in the attached Suggestions in Support, both witnesses present improper legal opinions and factual narrations that are inadmissible under Rule 702 and *Daubert*. Their testimony is not probative of any actual issues in the case and serves only to present irrelevant, pejorative character evidence that runs afoul of Rules 402, 403 and 608(b). Their testimony should be excluded from trial entirely.

Dated: May 6, 2022

Respectfully submitted,

**LEVY CRAIG LAW FIRM**
A PROFESSIONAL CORPORATION

By  */s/ Jason S. Leiker*
Jason S. Leiker    MO #53973
Levy Craig Law Firm
A Professional Corporation
4520 Main Street, Suite 1600
Kansas City, Missouri 64111
816.460.1835
Fax: 816.382.6606
jleiker@levycraig.com

and

Daniel S. Block
Jonathan Tuminaro, Ph.D.
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue
Washington, D.C. 20005
Tel: (202) 371-2600
Fax: (202) 371-2540
dyonan@sternekessler.com
dbanowit@sternekessler.com
kconklin@sternekessler.com
dwells@sternekessler.com
dblock@sternekessler.com
jtuminar@sternekessler.com
*Pro Hac Vice*
*Attorneys for all Defendants*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on this 6th day of May, 2022.

                                                 */s/ Jason S. Leiker*
                                                 *Attorney for all Defendants*